UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

OR Case Number: 3:23-mj-12

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40138 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| DANIEL SCOTT VETTER and ENRIQUE PEDRO AGUERO, | |
| | 21 U.S.C. §§ 841(a)(1) and 846 |
| Defendant. | |

The Grand Jury charges:

Beginning at an unknown date and continuing to on or about the date of this Indictment, in the District of South Dakota and elsewhere, Daniel Scott Vetter and Enrique Pedro Aguero did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

**Name Redacted**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____