CUSTODY, NRESTRAINT,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:23−mj−00012−1

| | |
|---|---|
| Case title: USA v. Vetter | Date Filed: 01/20/2023 |
| Other court case number: 4:21−cr−40138−KES−1 South Dakota (Southern Division) | |

Assigned to: Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **Daniel Scott Vetter**<br>61592−065 | represented by | **Anthony C. Schwartz**<br>CJA Anthony Clark<br>PO Box 4168<br>Portland, OR 97208<br>503−505−4674<br>Email: tonyschwartz.law@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and 846; CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ethan D. Knight** <br> United States Attorney's Office <br> District of Oregon <br> 1000 S.W. Third Avenue <br> Suite 600 <br> Portland, OR 97204 <br> (503) 727−1041 <br> Fax: (503) 727−1117 <br> Email: Ethan.Knight@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Gary Y. Sussman** <br> United States Attorney's Office <br> 1000 SW Third Avenue <br> Suite 600 <br> Portland, OR 97204 <br> (503) 727−1030 <br> Fax: (503) 727−1117 <br> Email: gary.sussman@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/23/2023 | 4 | | Waiver of Rule 5 & 5.1 Hearing by Daniel Scott Vetter (sb) (Entered: 01/23/2023) |
| 01/23/2023 | 3 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3). Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Daniel Scott Vetter held 1/23/23. Proceedings conducted via video−conferencing. Defendant verbally consents to appearance by video−conference. Order Appointing Counsel: Anthony Schwartz (CJA). Defendant waived preliminary/identity/detention hearing in this district. Defendant advised of rights. Defendant committed to the Dist./SD (Southern Division) at Sioux Falls for further proceedings. Counsel Present for Plaintiff: Gary Sussman. Counsel Present for Defendant: Anthony Schwartz. Restraint Order: NR. (Court Reporter: Kellie Humiston) (gm) (Entered: 01/23/2023) |
| 01/20/2023 | 2 | | **ORDER** issued by Magistrate Judge Jolie A. Russo: Setting a 1st Appearance/Rule 5/Status Hearing re: Detention as to Defendant Daniel Scott Vetter (USM #61592−065) for **1/23/2023 at 1:30PM in Portland by videoconference before the duty magistrate judge.** (gm) (Entered: 01/20/2023) |
| 01/20/2023 | 1 | | Documents Received From Other Court as to Daniel Scott Vetter from South Dakota (Southern Division) Case No: 4:21−cr−40138−KES−1 (Attachments: # 1 Docket Sheet − USDC South Dakota) (sb) (Entered: 01/20/2023) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Ethan D. Knight (caseview.ecf@usdoj.gov, ethan.knight@usdoj.gov,
ian.thomson@usdoj.gov), Gary Y. Sussman (caseview.ecf@usdoj.gov, gary.sussman@usdoj.gov,
gwen.smith2@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8086575@ord.uscourts.gov
Subject:Activity in Case 3:23-mj-00012 USA v. Vetter Scheduling Order
```
Content–Type: text/html

# U.S. District Court

# District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 1/20/2023 at 10:45 AM PST and filed on 1/20/2023

**Case Name:**    USA v. Vetter
**Case Number:**    3:23–mj–00012
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
 **ORDER** issued by Magistrate Judge Jolie A. Russo: Setting a 1st Appearance/Rule 5/Status Hearing re: Detention as to Defendant Daniel Scott Vetter (USM #61592–065) for **1/23/2023 at 1:30PM in Portland by videoconference before the duty magistrate judge.** (gm)


**3:23–mj–00012–1 Notice has been electronically mailed to:**

Gary Y. Sussman     gary.sussman@usdoj.gov, CaseView.ECF@usdoj.gov, gwen.smith2@usdoj.gov

Ethan D. Knight     Ethan.Knight@usdoj.gov, CaseView.ECF@usdoj.gov, ian.thomson@usdoj.gov

**3:23–mj–00012–1 Notice will <u>not</u> be electronically mailed to:**

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Ethan D. Knight (caseview.ecf@usdoj.gov, ethan.knight@usdoj.gov,
ian.thomson@usdoj.gov), Anthony C. Schwartz (tonyschwartz.law@gmail.com), Gary Y. Sussman
(caseview.ecf@usdoj.gov, gary.sussman@usdoj.gov, gwen.smith2@usdoj.gov)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:8088626@ord.uscourts.gov
Subject:Activity in Case 3:23-mj-00012 USA v. Vetter Initial Appearance - Out of District
Warrant
```
Content−Type: text/html

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2023 at 2:45 PM PST and filed on 1/23/2023

**Case Name:**     USA v. Vetter
**Case Number:**   3:23−mj−00012
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3). Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Daniel Scott Vetter held 1/23/23. Proceedings conducted via video−conferencing. Defendant verbally consents to appearance by video−conference. Order Appointing Counsel: Anthony Schwartz (CJA). Defendant waived preliminary/identity/detention hearing in this district. Defendant advised of rights. Defendant committed to the Dist./SD (Southern Division) at Sioux Falls for further proceedings. Counsel Present for Plaintiff: Gary Sussman. Counsel Present for Defendant: Anthony Schwartz. Restraint Order: NR. (Court Reporter: Kellie Humiston) (gm)

**3:23−mj−00012−1 Notice has been electronically mailed to:**

Gary Y. Sussman     gary.sussman@usdoj.gov, CaseView.ECF@usdoj.gov, gwen.smith2@usdoj.gov

Ethan D. Knight     Ethan.Knight@usdoj.gov, CaseView.ECF@usdoj.gov, ian.thomson@usdoj.gov

Anthony C. Schwartz     tonyschwartz.law@gmail.com

**3:23−mj−00012−1 Notice will not be electronically mailed to:**

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America )
v. ) Case No. 3:23-mj-00012
**DANIEL SCOTT VETTER** )
) Charging District's Case No. 4:21-cr-40138-KES-1
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the District of South Dakota

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

☐ I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1.23.23

*Daniel Scott Vetter*
*Defendant's signature*

*Signature of defendant's attorney*

Anthony C. Schwartz
*Printed name of defendant's attorney*

Page 5